IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Gudrun Rice

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 23 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-01327-ZLW-GJR

CAROLE E. JENKINS,

    Plaintiff,

v.

BARBARA B. PREHMUS, Director, Dept. of HC and Financing; and MESA CO HEALTH & HUMAN SERVICES,

    Defendants.

## ORDER DIRECTING MARSHAL TO EFFECT SERVICE

The plaintiff, on August 9, 2006, filed a request that service of the complaint be effected by a United States marshal.

In accordance with Rule 4(c)(2) and after due consideration of the plaintiff's request, the Court directs that service of the complaint be effected by a United States marshal, deputy United States marshal, or other person specially appointed by the Court for that purpose.

Further, by this Order, the Clerk of the Court is directed to prepare an issued summons and a conformed copy of the complaint for service on the defendants, in accordance with Rule 4 of the Federal Rules of Civil Procedure.

DATED:    October 19, 2006.

        BY THE COURT:

        s/Gudrun Rice

        Gudrun Rice
        United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01327-ZLW-GJR

Carole E. Jenkins
P.O. Box 1522
Grand Junction, CO 81502

US Marshal Service
Service Clerk
Service forms for: Barbara B. Prehmus, Director and Mesa CO Health and Human Services.

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the U.S. Marshal for process of service on Barbara B. Prehmus, Director and Mesa CO Health and Human Services: COMPLAINT filed on 08/09/06, SUMMONS, NOTICE OF WAIVER, AND CONSENT FORM on 10/23/06

                                                GREGORY C. LANGHAM, CLERK

                                              By: _____
                                                       Deputy Clerk

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See Instructions for "Service of Process by the U.S. Marshal"*<br>*on the reverse of this form.* |
|---|---|

| PLAINTIFF<br>Carole E. Jenkins | COURT CASE NUMBER<br>06-cv-01327-ZLW-GJR |
|---|---|
| DEFENDANT<br>Mesa County Health and Human Services | TYPE OF PROCESS<br>S/C |

**SERVE ➡ AT**

| NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|
| Mesa County Health and Human Services |
| ADDRESS *(Street or RFD, Apartment No., City State and Zip Code)*<br>544 Rood Ave, P.O. Box 20000, Grand Junction, CO 81502 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | | |
|---|---|---|
| Carole E. Jenkins<br>P.O. Box 1522<br>Grand Junction, CO 81502 | Number of process to be served with this Form - 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Personal Service

| Signature of Attorney or other Originator requesting service on behalf of:<br>Deputy Clerk | __X__ PLAINTIFF<br>_____ DEFENDANT | TELEPHONE NUMBER<br>303-844-3433 | DATE<br>10/23/06 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I _____ have personally served, _____ have legal evidence of service, _____ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

_____ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served *(if not shown above)* | _____ A person of suitable age and discretion then residing in the defendant's usual place of adobe. |
|---|---|
| Address *(complete only if different than shown above)* | Date of Service | Time | am<br>pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

| PRIOR EDITIONS<br>MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form.* |
|---|---|

| PLAINTIFF<br>Carole E. Jenkins | COURT CASE NUMBER<br>06-cv-01327-ZLW-GJR |
|---|---|
| DEFENDANT<br>Barbara B. Prehmus, Director, Dept. Of HC and Financing | TYPE OF PROCESS<br>S/C |

**SERVE ➡ AT**

| NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|
| The City and County of Denver |
| ADDRESS *(Street or RFD, Apartment No., City State and Zip Code)*<br>1570 Grant St., Denver, CO 80203 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | | |
|---|---|---|
| Carole E. Jenkins<br>P.O. Box 1522<br>Grand Junction, CO 81502 | Number of process to be served with this Form - 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Personal Service

| Signature of Attorney or other Originator requesting service on behalf of:<br>Deputy Clerk *[signature]* | __X__ PLAINTIFF<br>____ DEFENDANT | TELEPHONE NUMBER<br>303-844-3433 | DATE<br>10/23/06 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ____ have personally served, ____ have legal evidence of service, ____ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

____ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served *(if not shown above)* | ____ A person of suitable age and discretion then residing in the defendant's usual place of adobe. |
|---|---|
| Address *(complete only if different than shown above)* | Date of Service | Time | am<br>pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: