IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01327-ZLW-GJR
CAROL E. JENKINS, Plaintiff, v. BARBARA B. PREHMUS, et al, Defendants

**ORDER REGARDING JOINT MOTION FOR STAY OF PROCEEDINGS**

THIS MATTER coming before the Court on the Parties' Joint Motion for Stay of Proceedings, and the Court being duly advised in the premises and good cause having been shown,

IT IS ORDERED that all proceedings in this matter are stayed. This stay includes Plaintiff's responses to Defendants' Motions to Dismiss, Defendants' replies thereto, the scheduling conference set for March 12, 2007, and all deadlines established under the Federal Rules of Civil Procedure, and the Court's Local Rules.

IT IS FURTHER ORDERED that the March 12, 2007 planning/scheduling conference is vacated and the Court will hold a status conference on **April 3, 2007 at 3:00 p.m.** unless this matter is otherwise resolved by the parties prior to that date.

DATED this 8th day of March, 2007.

BY THE COURT:

s/Gudrun Rice
_____
United States Magistrate Judge Rice