IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-01327-ZLW-GJR

CAROLE E. JENKINS,

    Plaintiff,

v.

BARBARA B. PREHMUS, Director, Dept. of HC and Financing, and
MESA CO HEALTH & HUMAN SERVICES,

    Defendants.

_____

ORDER DISMISSING CASE WITH PREJUDICE
_____

    Pursuant to and in accordance with the Stipulated Notice of Dismissal With Prejudice filed May 25, 2007, it is

    ORDERED that this case is dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

    DATED at Denver, Colorado, this  30  day of May, 2007.

                  BY THE COURT:

                  *[signature: Zita L. Weinshienk]*
                  _____
                  ZITA L. WEINSHIENK, Senior Judge
                  United States District Court